# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AL WEISS,**

       **Plaintiff,**

**v.**                                              **Case No: 6:23-cv-120-WWB-EJK**

**AT&T INC. and AT&T MOBILITY, LLC.,**

       **Defendants.**

## ORDER

This cause comes before the Court on Defendants' Unopposed Motion for Leave to File Reply in Support of Motion to Compel Arbitration and Stay Case (the "Motion"), filed April 25, 2023. (Doc. 32.) Therein, Defendants request leave to reply to Plaintiff's response in opposition to Defendants' Motion to Compel Arbitration. Upon consideration, the Motion is granted.

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). The Court will grant leave to file a reply brief where the reply will benefit the Court's resolution of the pending motion. *See Schumann v. Collier Anesthesia, P.A.*, No. 2:12-cv-347-FtM-29CM, 2014 WL 1230644, at *4 n.3 (M.D. Fla. Mar. 25, 2014) (denying leave to file a reply brief where such brief would not aid the Court's

resolution of the underlying motion). Here, the Court determines that a reply brief could aid in the resolution of the underlying motion; therefore, the Court will permit Defendants to file a reply brief.

Accordingly, it is hereby **ORDERED** that the Motion for Leave to Reply (Doc. 32) is **GRANTED**. Defendants shall file a reply brief, not to exceed seven pages, **on or before May 3, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on April 26, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE