IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AL WEISS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | Case No. 6:23-cv-00120-WWB-EJK |

## STATUS REPORT

This Status Report is submitted in accord with the Court's Order dated October 25, 2023 (Doc. 44). Since the submission of the last Status Report, Plaintiff has initiated AAA arbitration proceedings against Defendant and Defendant has filed its Answering Statement in response. The Parties are currently awaiting appointment of the Arbitrator by AAA and the issuance of an arbitration scheduling order setting a final evidentiary hearing.

DATED:  October 18, 2024  KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Nancy L. Stagg*
Nancy L. Stagg (admitted *pro hac vice*)
CA Bar No. 157034
12255 El Camino Real, Ste. 250
San Diego, CA 92130
Telephone:  (858) 350-6156
Facsimile:  (858) 408-3931

Robert R. Adler
Florida Bar No. 122858
RAdler@kilpatricktownsend.com
214 North Tryon Street, Suite 2400
Charlotte, NC  28202
Telephone:(704) 338-5209
Facsimile:  (704) 371-6413

*Attorneys for Defendant*
 *AT&T MOBILITY LLC*

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the date below all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated: October 18, 2024

                                                                       */s/ Nancy L. Stagg*
                                                                       Nancy L. Stagg